Argued and submitted January 19, affirmed February 24, petition for review denied September 15, 2016 (360 Or 400)

HUMBERTO INDA-ROCHA,
*Petitioner-Appellant,*

*v.*

STATE OF OREGON,
*Defendant-Respondent.*

Multnomah County Circuit Court
130710198; A156158

369 P3d 418

Jason Weber argued the cause for appellant. With him on the brief was O'Connor Weber LLP.

Jonathan N. Schildt, Assistant Attorney General, argued the cause for respondent. On the brief were Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Paul L. Smith, Deputy Solicitor General.

Before Armstrong, Presiding Judge, and Egan, Judge, and Shorr, Judge.

PER CURIAM

Affirmed. *Brown v. Baldwin,* 131 Or App 356, 885 P2d 707 (1994), *rev den,* 320 Or 507 (1995).